

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

**CUSTOMER'S SWORN STATEMENT FOR FILING A CHALLENGE
IN THE UNITED STATES DISTRICT COURT**

FOR THE WASHINGTON WESTERN  DISTRICT OF TACOMA, WASHINGTON  (Name of District) (State In
Which Court Is Located)

JEVON SUGGS) Miscellaneous No. _____
(Customer's Name) ) (Will be filled in by Court Clerk) )
Movant )
                                    )
                                    ) SWORN STATEMENT OF MOVANT
V. )
                                    )
Department of Defense ) FINANCIAL PRIVACY ACT OF 1978 )
Respondent )

I, JEVON SUGGS, (am presently/was previously) a customer of  (Customer's Name)
(Show One)

USAA FEDERAL SAVINGS BANK, and I am the customer whose  records are
(Name of Financial Institution)

being requested by the Government.

The financial records sought by the Department of Defense are not relevant to the legitimate law enforcement

inquiry stated in the Customer Notice that was sent to me as the request for the information regarding my bank

accounts with USAA is overly broad. Unless substantially narrowed, the subpoena is unenforceable. The

request's respective date range spans over a year. Additionally, the Requestor has not demonstrated a need to

know my monthly account statements, ATM withdrawal or point of sale debits, deposit tickets, copies of checks

written on the account and/or deposited into the account, or wire transfer documents. The Requestor has also

asked for numerous records pertaining to my check and wire transfer use without demonstrating the relevance of

this information to their investigation. Finally, the request for electronic device and account access, to include

date and time of any time I have ever accessed my bank account in over a year date range, is overly broad. This

court should substantially narrow and limit this document request.

I declare under penalty of perjury that the foregoing is true and correct.

July 10,  2021,  _____ (Month) (Day) (Year) (Customer's
Signature)

Right to Financial Privacy Act, Title 12 United States Code, Section 3410

**CERTIFICATE OF SERVICE**

I have mailed or delivered a copy of this motion and the attached sworn statement to Washington Western District Court on July 16th, 2021.
 (name of the office listed in item 2 of customer notice) (month, day) (year)

_____
 (your signature)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410